**Order entered July 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01215-CV

**PATRICK DAUGHERTY AND HIGHLAND EMPLOYEE RETENTION ASSETS, LLC,**
**Appellants/Cross-Appellees**

**V.**

**HIGHLAND CAPITAL MANAGEMENT, L.P., Appellee/Cross-Appellant**

**V.**

**SIERRA VERDE, LLC, PATRICK BOYCE, WILLIAM L. BRITAIN, AND JAMES DONDERO, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

## ORDER

We **GRANT** Patrick Daugherty's July 14, 2015 corrected unopposed second motion for extension of time to file brief of cross-appellee and **ORDER** the brief be filed no later than July 30, 2015. In light of this extension, we extend by ten days the other briefing deadlines outlined in our April 24, 2015 order and extended an additional thirty days by our June 9, 2015 order.

/s/    ELIZABETH LANG-MIERS
         JUSTICE